IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:25cr217-MHT
                            )            (WO)
JEREMY DIONNE SMILEY        )
```

OPINION AND ORDER

Defendant Jeremey Dionne Smiley moved to suppress statements made to his probation officer.  This case is before the court on the recommendation of the United States Magistrate Judge that Smiley's motion to suppress be denied.  Also before the court are Smiley's objections to the recommendation.  Upon an independent and de novo review of the record, including reviewing a transcript of the proceedings before the United States Magistrate Judge, it is ORDERED as follows:

(1) The objections (Doc. 23) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. 22) is adopted.

(3) The motion to suppress (Doc. 9) is denied.

DONE, this the 21st day of August, 2025.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE